ANNE P. POMERANTZ, CA Bar 204059; NY Bar 2398428
anne.pomerantz@nlrb.gov
MARA-LOUISE ANZALONE, NY Bar 2770592
mara-louise.anzalone@nlrb.gov
NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington 98174
Telephone:  (206) 220-6300
Facsimile:   (206) 220-6305

LISA J. DUNN, OR Bar 99254
lisa.dunn@nlrb.gov
NATIONAL LABOR RELATIONS BOARD, Subregion 36
601 SW Second Avenue, Suite 1910
Portland, Oregon 97204
Telephone:  (503) 326-3085
Facsimile:   (503) 326-5387

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| RONALD K. HOOKS, Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>        Petitioner,<br><br>        v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 8,<br>        Respondent,<br><br>        and<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 40,<br>        Respondent,<br><br>        and<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION<br>        Respondent. | Case No.: 3:12-cv-01088-SI<br><br>REVISED ~~[redacted]~~ TEMPORARY RESTRAINING ORDER |

The Petition of Ronald K. Hooks ("Petitioner"), Regional Director for Region 19 of the National Labor Relations Board (the "Board") for and on behalf of the Board, having been filed and properly served on International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union (jointly, "Respondents"), pursuant to §10(l) of the National Labor Relations Act (the "Act"), as amended [29 U.S.C. § 160(l)], following the issuance of the unfair labor practice complaint in Cases 19-CC-82533 and 19-CC-82744 against Respondents, pending disposition before an Administrative Law Judge of the Board, and Petitioner having filed a Motion for a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b) pending the filing of a petition for preliminary injunctive relief, the Petition being verified and supported by affidavits and exhibits; and

**IT APPEARING** to the Court from the verified Petition, other pleadings, affidavits, exhibits, argument of counsel, the hearing held before the Court on June 22, 2012, and the entire record in this matter, that:

1. There is reasonable cause to believe that Respondents are statutory labor organizations within the meaning of § 2(5) of the Act [29 U.S.C. § 152(5)];

2. There is reasonable cause to believe that the Respondents, through their agents, have engaged with an unlawful object, *inter alia*, in work slowdowns, stoppages, withholding of services, threats, coercion and restraint of persons engaged in commerce, or in an industry affecting commerce;

3. There is reasonable cause to believe that the above-described conduct of the Respondents violates §§ 8(b)(4)(i) and (ii)(B) of the Act and that said unfair labor practices affect commerce or an industry affecting commerce within the meaning of §§ 2(6) and (7) of the Act;

4. There is imminent danger that, absent immediate temporary injunctive relief, substantial and irreparable injury to the statutory rights of employees under the Act will be inflicted by the Respondents

until the petition for preliminary injunctive relief can be filed and heard, and that the final administrative order of the Board will be frustrated or nullified if interim relief is not immediately granted; and

     5.     It is appropriate and just and proper, within the meaning of § 10(l) of the Act and Fed. R. Civ. P. 65(b) that, pending completion of the hearing before the Court on the merits of the Petition, and for a period of ten (10) days from the entry of this Order, that the Respondents be temporarily enjoined and restrained from the commission of further acts and misconduct in violation of the Act as described in the Petition.

**WHEREFORE, IT IS HEREBY ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union, their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them, for a period of ten (10) days' duration from the date of this Order, as provided for in Rule 65(b) of the Federal Rules of Civil Procedure and pursuant to the provisions of the Act, are

**ENJOINED AND RESTRAINED** from, in any manner or by any means, including engaging in slowdowns, stoppages, withholding of services, or threatening, coercing or restraining ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, where in any case an object thereof is to force or require ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, to cease handling, using, selling, transporting, or otherwise dealing in the products of, or to cease doing business with the Port of Portland, or any other person engaged in commerce, or in an industry affecting commerce, or with each other.

**IT IS FURTHER ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union shall, within three (3) days, provide to each of their officers, representative, employees,

agents and members involved with work performed at Terminal 6 a copy of this Order and a a clear written directive to refrain from engaging in any conduct inconsistent with this Order;

**IT IS FURTHER ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union shall, within three (3) days, provide to each entity listed in the table attached hereto as Exhibit A, as well as the Pacific Maritime Association, a copy of this Order and written notice that Respondents will comply with this Order and specifically will not engage in any conduct prohibited by §§ 8(b)(4)(i) and (ii)(B) of the Act, including, but not limited to, engaging in slowdowns, stoppages, withholding of services, or threatening, coercing or restraining ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, where in any case an object thereof is to force or require ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, to cease handling, using, selling, transporting, or otherwise dealing in the products of, or to cease doing business with the Port of Portland, or any other person engaged in commerce, or in an industry affecting commerce, or with each other.

**IT IS FURTHER ORDERED** that Respondent International, Respondent Local 8, and Respondent Local 40, within five (5) days of the issuance of this Order, shall each file with the District Court and serve a copy upon the Petitioner, a sworn affidavit from a responsible official which describes with specificity how it has complied with the terms of this Order.

**IT IS FURTHER ORDERED** that, to assure compliance with the Court's temporary restraining order, the United States Marshals Service **IS DIRECTED** to take those actions deemed necessary to enforce the provisions and prohibitions set forth in this Order. A copy of this Order shall be served upon the United States Marshal for the District of Oregon.

**IT IS FURTHER ORDERED** that service of a copy of this Order be made forthwith by a United States Marshal upon Respondents International Longshore and Warehouse Union Local 8, International

Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union, in any manner provided in the Federal Rules of Civil Procedure for the United States District Courts and that proof of such service be filed with the Court.

**IT IS SO ORDERED.**

DATED at Portland, Oregon this 3rd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ANNE P. POMERANTZ
CA Bar 204059; NY Bar 2398428
MARA-LOUISE ANZALONE
NY Bar 2770592
Tel.    206-220-6300
LISA J. DUNN
OR Bar 99254
Tel.    503-326-3085
Attorneys for Petitioner
National Labor Relations Board

| Name | State of Incorporation | Place of Business/ Residence | Nature of Business |
|---|---|---|---|
| "K" Line America, Inc. | Michigan | Portland, OR | Shipping company |
| Accelerated Delivery Systems | Oregon | Sherwood, OR | Container transportation company |
| Aladdin Transportation & Warehousing, Inc. | Washington | Portland, OR | Container transportation company |
| Anderson Hay & Grain, Inc. | Washington | Aurora, OR | Container transportation company |
| Apex Containers Inc. | Idaho | Twin Falls, ID | Container transportation company |
| Atlantic & Pacific Freightways, Inc. | Washington | Vancouver, WA | Container transportation company |
| Beaver Freight Services, LLC | Oregon | Portland, OR | Container transportation company |
| Bridge Terminal Transport, Inc. | New Jersey | Charlotte, NC | Trucking company |
| Bridgetown Trucking Inc. | Oregon | Portland, OR | Container transportation company |
| BTS Container Service, Inc. | Oregon | Portland, OR | Container transportation company |
| Bulk Transportation Inc. | California | Walnut, CA | Container transportation company |
| C.H. Robinson Worldwide Inc. | Minnesota | Eden Prairie, MN | Container transportation company |
| Calbag Metals Co. | Oregon | Portland, OR | Container transportation company |
| Cascade Express | Oregon | Salem, OR | Container transportation company |
| CGPS, Inc. d/b/a Courtesy Trucking | Oregon | Portland, OR | Container transportation company |
| Combined Transport, Inc. | Oregon | Central Point | Container transportation company |
| ConGlobal Industries, Inc. | Delaware | San Ramon, CA | Container transportation company |
| Cosco North America, Inc. | Delaware | Secaucus, NJ | Shipping company |
| Dawn Transportation Inc. | Washington | Battle Ground, WA | Container transportation company |
| Eagle Systems, Inc. | Washington | Wenatchee, WA | Container transportation company |
| Emmert Industrial Corp. | Oregon | Clackamas, OR | Container transportation company |

Exhibit A

| | | | |
|---|---|---|---|
| Gilbertson Transport, Inc. | Oregon | Vancouver, WA | Container transportation company |
| Globe Pro Services, LLC | Washington | Puyallup, WA | Container transportation company |
| Golden Valley Farms, LLC | Oregon | Silverton, OR | Container transportation company |
| Hamburg Sud North America, Inc. | New Jersey | Morristown, NJ | Shipping company |
| Hanjin Shipping America, LLC | New Jersey (limited liability) | Paramus, NJ | Shipping company |
| Hapag Lloyd America Inc. | Delaware | Wilmington, DE | Shipping company |
| ICTSI | Oregon | Portland, OR | Cargo handling company |
| Imperial Trucking, Inc. | Oregon | Portland, OR | Container transportation company |
| Independent Dispatch, Inc. | Oregon corporation | Portland, OR | Container transportation company |
| J & J Trucking, LLC | Washington | Vancouver, WA | Container transportation company |
| Johnston Bros. | Oregon | Portland, OR | Container transportation company |
| KBWT Inc. | Oregon | Vancouver, WA | Container transportation company |
| Legends Logistics, Inc. d/b/a Legends Logistics & Transloading | Georgia | Albany, GA | Container transportation company |
| Les Schwab Tire | Oregon | Bend, OR | Container transportation company |
| Market Transport, Ltd d/b/a West Coast Trucking | Oregon | Portland, OR | Container transportation company |
| Mercer Transportation Co., Inc. | Indiana | Louisville, KY | Container transportation company |
| Mitchell Bros. Truck Line, Inc. | Washington | Vancouver, WA | Container transportation company |
| Morgan C.F.S., Inc. | Oregon | Portland, OR | Container transportation company |
| Morgan Trucking Inc. | Oregon | Prineville, OR | Container transportation company |
| Northwest Container Services, Inc. | Oregon | The Woodlands, TX | Container transportation company |
| Northwest Logistics, Inc. | Oregon | Oregon City, OR | Container transportation company |

| | | | |
|---|---|---|---|
| Omega Morgan, Inc. | Oregon | Hillsboro, OR | Container transportation company |
| Portland Container Repair Corporation | Oregon | Portland, OR | Container transportation company |
| Quality Trading Co., LLC | Oregon | Aurora, OR | Container transportation company |
| RoadLink USA Pacific, LLC | Delaware | Vancouver, WA | Container transportation company |
| Santiam Transport, Inc. | Oregon | Portland, OR | Container transportation company |
| Schnitzer Steel Co. | Oregon | Portland, OR | Container transportation company |
| Shippers Transport Express, Inc. | California | Seattle, WA | Container transportation company |
| Simon and Simon Freight Trucking (inactive) | Oregon | Portland, OR | Container transportation company |
| Smith Seed Services, LLC | Oregon | Halsey, OR | Container transportation company |
| Specialized Transport Service LLC | Oregon | Portland, OR | Container transportation company |
| Strikwerda, Inc. d/b/a All Parts Brokers | Idaho | Caldwell, ID | Freight forwarding company |
| T & G Trucking & Freight Co. | Oregon | Portland, OR | Container transportation company |
| T.R. Compton, Inc. | Idaho | Nampa, ID | Container transportation company |
| Terminal Maintenance Corporation ("TMC") | California | Portland, OR | Container Maintenance Company |
| Terminal Transfer, Inc. | Oregon | Portland, OR | Container transportation company |
| Titan Freight System, Inc. | Oregon | Milwaukie, OR | Container transportation company |
| Vancouver Warehouse & Distribution Co., Inc. | Washington | Vancouver, WA | Container transportation company |
| Waste Control Recycling Inc. | Washington | Longview, WA | Container transportation company |
| West Coast Multimodal, Inc. | Washington | Washougal, WA | Container transportation company |
| Western Container Transport, Inc. | Washington | Vancouver, WA | Container transportation company |
| Western Ports Transportation, Inc. | Washington | Seattle, WA | Container transportation company |

| Westwood Shipping Lines, Inc. | Washington | Puyallup, WA | Shipping company |
|---|---|---|---|
| Weyerhaeuser Co. | Washington | Federal Way, WA | Container transportation company |
| Wilfong Farms Trucking, LLC | Oregon | Dallas, OR | Container transportation company |
| Wilhelm Trucking Company | Oregon | Portland, OR | Container transportation company |
| Yang Ming America Corporation | New York | Jersey City, NJ | Shipping company |
| Z P Transport, Inc. | Washington | Vancouver, WA | Container transportation company |