ANNE P. POMERANTZ, CA Bar 204059; NY Bar 2398428
anne.pomerantz@nlrb.gov
MARA-LOUISE ANZALONE, NY Bar 2770592
mara-louise.anzalone@nlrb.gov
NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington 98174
Telephone: (206) 220-6300
Facsimile: (206) 220-6305

LISA J. DUNN, OR Bar 99254
lisa.dunn@nlrb.gov
NATIONAL LABOR RELATIONS BOARD, Subregion 36
601 SW Second Avenue, Suite 1910
Portland, Oregon 97204
Telephone: (503) 326-3085
Facsimile: (503) 326-5387

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RONALD K. HOOKS, Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>Petitioner,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 8,<br>Respondent,<br><br>and<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 40,<br>Respondent,<br><br>and<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION<br>Respondent. | Case No.: 3:12-cv-1088-SI<br><br>REVISED (PROPOSED) ORDER GRANTING PRELIMINARY INJUNCTION |

## REVISED (~~PROPOSED~~) ORDER GRANTING PRELIMINARY INJUNCTION

This cause came on to be heard upon the verified petition of Ronald K. Hooks ("Petitioner"), Regional Director of Region 19 of the National Labor Relations Board (the "Board"), for and on behalf of the Board, for a preliminary injunction pursuant to § 10(l) of the National Labor Relations Act (the "Act"), as amended [29 U.S.C. § 160(l)], following the issuance of the unfair labor practice complaint in Cases 19-CC-82533 and 19-CC-82744 against International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union (jointly, "Respondents"), currently pending hearing before an Administrative Law Judge of the Board, and upon the issuance of an Order to Show Cause why injunctive relief should not be granted as prayed in said Petition. This Court, after an open hearing at which all parties had opportunity to be represented by counsel, upon consideration of the pleadings, evidence, briefs, arguments of counsel and the entire record in this case, has made and filed its Findings of Fact and Conclusions of Law, finding and concluding that there is reasonable cause to believe that Respondents have engaged in, and are engaging in, acts and conduct in violation of 29 U.S.C. §§ 158 (b)(4)(i) and (ii)(B) and affecting commerce within the meaning of 29 U.S.C. §§ 152(6) and (7), and that such acts and conduct will likely be repeated or continued unless enjoined. **NOW THEREFORE**, upon the entire record, it is

**ORDERED, ADJUSTED** and **DECREED** that, pending the final adjudication by the Board of the pending administrative proceedings involved herein, that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union, their officers, agents, servants, employees, affiliated Locals, attorneys and all members and persons acting in concert or participation with them be, and they hereby are,

**ENJOINED AND RESTRAINED** from, in any manner or by any means, including engaging in slowdowns, stoppages, withholding of services, or threatening, coercing, or restraining ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, where in any case an object thereof is to force or require ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, to cease handling, using, selling, transporting, or otherwise dealing in the products of, or to cease doing business with the Port of Portland, or any other person engaged in commerce, or in an industry affecting commerce, or with each other.

**IT IS FURTHER ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union shall, within ~~three~~ five (5) [MHS] days, provide to each of their officers, representatives, employees, agents, affiliated locals, and members involved with work performed at Terminal 6 a copy of this Order and a clear written directive to refrain from engaging in any conduct inconsistent with this Order.

**IT IS FURTHER ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union shall, within ~~three~~ five (5) [MHS] days, provide to each entity listed in the table attached hereto as Exhibit A, as well as the Pacific Maritime Association, a copy of this Order and written notice that Respondents will comply with this Order and specifically will not engage in any conduct prohibited by §§ 8(b)(4)(i) and (ii)(B) of the Act, including, but not limited to, engaging in slowdowns, stoppages, withholding of services, or threatening, coercing or restraining ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, where in any case an object thereof is to force or require ICTSI Oregon, Inc., or any other person engaged in commerce, or in an industry affecting commerce, to cease handling, using, selling, transporting, or otherwise dealing in the products of, or to cease doing business with the Port of Portland, or any other person engaged in commerce, or in an

REVISED (~~PROPOSED~~) ORDER GRANTING PRELIMINARY INJUNCTION
Page 3

industry affecting commerce, or with each other.

**IT IS FURTHER ORDERED** that Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union, within five (5) days of the issuance of this Order, shall each file with the District Court and serve a copy upon the Petitioner, a sworn affidavit from a responsible official which describes with specificity how it has complied with the terms of this Order.

**IT IS FURTHER ORDERED** that, to assure compliance with the Court's preliminary injunction, the United States Marshals Service **IS DIRECTED** to take those actions deemed necessary to enforce the provisions and prohibitions set forth in this Order. A copy of this Order shall be served upon the United States Marshal for the District of Oregon.

~~**IT IS FURTHER ORDERED** that service of a copy of this Order be made forthwith by a United States Marshal upon Respondents International Longshore and Warehouse Union Local 8, International Longshore and Warehouse Union Local 40, and the International Longshore and Warehouse Union, in any manner provided in the Federal Rules of Civil Procedure for the United States District Courts and that proof of such service be filed with the Court.~~ *MHS*

**IT IS SO ORDERED.**

DATED this __19th__ day of __July__, 2012.

_____
HONORABLE MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Anne P. Pomerantz
/s/ Mara-Louise Anzalone
/s/ Lisa J. Dunn
ANNE P. POMERANTZ
CA Bar 204059; NY Bar 2398428
MARA-LOUISE ANZALONE
NY Bar 2770592
Tel.    206-220-6300
LISA J. DUNN
OR Bar 99254
Tel.    503-326-3085
Attorneys for Petitioner
National Labor Relations Board

| Name | State of Incorporation | Place of Business/ Residence | Nature of Business |
|---|---|---|---|
| Accelerated Delivery Systems | Oregon | Sherwood, OR | Container transportation company |
| Aladdin Transportation & Warehousing, Inc. | Washington | Portland, OR | Container transportation company |
| Anderson Hay & Grain, Inc. | Washington | Aurora, OR | Container transportation company |
| Apex Containers Inc. | Idaho | Twin Falls, ID | Container transportation company |
| Atlantic & Pacific Freightways, Inc. | Washington | Vancouver, WA | Container transportation company |
| Beaver Freight Services, LLC | Oregon | Portland, OR | Container transportation company |
| Bridge Terminal Transport, Inc. | New Jersey | Charlotte, NC | Trucking company |
| Bridgetown Trucking Inc. | Oregon | Portland, OR | Container transportation company |
| BTS Container Service, Inc. | Oregon | Portland, OR | Container transportation company |
| Bulk Transportation Inc. | California | Walnut, CA | Container transportation company |
| C.H. Robinson Worldwide Inc. | Minnesota | Eden Prairie, MN | Container transportation company |
| Calbag Metals Co. | Oregon | Portland, OR | Container transportation company |
| Cascade Express | Oregon | Salem, OR | Container transportation company |
| CGPS, Inc. d/b/a Courtesy Trucking | Oregon | Portland, OR | Container transportation company |
| Combined Transport, Inc. | Oregon | Central Point | Container transportation company |
| ConGlobal Industries, Inc. | Delaware | San Ramon, CA | Container transportation company |
| Cosco North America, Inc. | Delaware | Secaucus, NJ | Shipping company |
| Dawn Transportation Inc. | Washington | Battle Ground, WA | Container transportation company |
| Eagle Systems, Inc. | Washington | Wenatchee, WA | Container transportation company |
| Emmert Industrial Corp. | Oregon | Clackamas, OR | Container transportation company |
| Gilbertson Transport, Inc. | Oregon | Vancouver, WA | Container transportation company |
| Globe Pro Services, LLC | Washington | Puyallup, WA | Container transportation company |

Exhibit A
Page 1 of 4

| | | | |
|---|---|---|---|
| Golden Valley Farms, LLC | Oregon | Silverton, OR | Container transportation company |
| Hamburg Sud North America, Inc. | New Jersey | Morristown, NJ | Shipping company |
| Hanjin Shipping America, LLC | New Jersey (limited liability) | Paramus, NJ | Shipping company |
| Hapag Lloyd America Inc. | Delaware | Wilmington, DE | Shipping company |
| ICTSI | Oregon | Portland, OR | Cargo handling company |
| Imperial Trucking, Inc. | Oregon | Portland, OR | Container transportation company |
| Independent Dispatch, Inc. | Oregon corporation | Portland, OR | Container transportation company |
| J & J Trucking, LLC | Washington | Vancouver, WA | Container transportation company |
| Johnston Bros. | Oregon | Portland, OR | Container transportation company |
| "K" Line America, Inc. | Michigan | Portland, OR | Shipping company |
| KBWT Inc. | Oregon | Vancouver, WA | Container transportation company |
| Legends Logistics, Inc. d/b/a Legends Logistics & Transloading | Georgia | Albany, GA | Container transportation company |
| Les Schwab Tire | Oregon | Bend, OR | Container transportation company |
| Market Transport, Ltd d/b/a West Coast Trucking | Oregon | Portland, OR | Container transportation company |
| Mercer Transportation Co., Inc. | Indiana | Louisville, KY | Container transportation company |
| Mitchell Bros. Truck Line, Inc. | Washington | Vancouver, WA | Container transportation company |
| Morgan C.F.S., Inc. | Oregon | Portland, OR | Container transportation company |
| Morgan Trucking Inc. | Oregon | Prineville, OR | Container transportation company |
| Northwest Container Services, Inc. | Oregon | The Woodlands, TX | Container transportation company |
| Northwest Logistics, Inc. | Oregon | Oregon City, OR | Container transportation company |
| Omega Morgan, Inc. | Oregon | Hillsboro, OR | Container transportation company |
| Portland Container Repair Corporation | Oregon | Portland, OR | Container transportation company |
| Quality Trading Co., LLC | Oregon | Aurora, OR | Container transportation company |

| | | | |
|---|---|---|---|
| RoadLink USA Pacific, LLC | Delaware | Vancouver, WA | Container transportation company |
| Santiam Transport, Inc. | Oregon | Portland, OR | Container transportation company |
| Schnitzer Steel Co. | Oregon | Portland, OR | Container transportation company |
| Shippers Transport Express, Inc. | California | Seattle, WA | Container transportation company |
| Simon and Simon Freight Trucking (inactive) | Oregon | Portland, OR | Container transportation company |
| Smith Seed Services, LLC | Oregon | Halsey, OR | Container transportation company |
| Specialized Transport Service LLC | Oregon | Portland, OR | Container transportation company |
| Strikwerda, Inc. d/b/a All Parts Brokers | Idaho | Caldwell, ID | Freight forwarding company |
| T & G Trucking & Freight Co. | Oregon | Portland, OR | Container transportation company |
| T.R. Compton, Inc. | Idaho | Nampa, ID | Container transportation company |
| Terminal Maintenance Corporation ("TMC") | California | Portland, OR | Container Maintenance Company |
| Terminal Transfer, Inc. | Oregon | Portland, OR | Container transportation company |
| Titan Freight System, Inc. | Oregon | Milwaukie, OR | Container transportation company |
| Vancouver Warehouse & Distribution Co., Inc. | Washington | Vancouver, WA | Container transportation company |
| Waste Control Recycling Inc. | Washington | Longview, WA | Container transportation company |
| West Coast Multimodal, Inc. | Washington | Washougal, WA | Container transportation company |
| Western Container Transport, Inc. | Washington | Vancouver, WA | Container transportation company |
| Western Ports Transportation, Inc. | Washington | Seattle, WA | Container transportation company |
| Westwood Shipping Lines, Inc. | Washington | Puyallup, WA | Shipping company |

| | | | |
|---|---|---|---|
| Weyerhaeuser Co. | Washington | Federal Way, WA | Container transportation company |
| Wilfong Farms Trucking, LLC | Oregon | Dallas, OR | Container transportation company |
| Wilhelm Trucking Company | Oregon | Portland, OR | Container transportation company |
| Yang Ming America Corporation | New York | Jersey City, NJ | Shipping company |
| Z P Transport, Inc. | Washington | Vancouver, WA | Container transportation company |